152 So. 925

**Colonel RAPER v. STATE.**
8 Div. 883.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.

·153 So. 924

**H. T. RAY v. CITY OF BIRMINGHAM.**
6 Div. 625.

Court of Appeals of Alabama.
March 1, 1934.

PER CURIAM.
Appeal dismissed by appellant.

157 So. 922

**Loyd RAY v. STATE.**
5 Div. 956.

Court of Appeals of Alabama.
Nov. 27, 1934.

RICE, Judge.
Appeal dismissed.

154 So. 923

**Rufus RAY v. STATE.**
6 Div. 558.

Court of Appeals of Alabama.
May 8, 1934.

RICE, Judge.
Affirmed.

154 So. 924

**Jim, alias Jimmie, RAYNOR v. STATE.**
6 Div. 578.

Court of Appeals of Alabama.
May 8, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

160 So. 923

**Jim REDDOCK v. STATE.**
4 Div. 156.

Court of Appeals of Alabama.
April 2, 1935.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 924

**Dal, alias Dallas, REED v. STATE.**
8 Div. 915.

Court of Appeals of Alabama.
March 6, 1934.

See, also, ante, p. 64, 152 So. 745.

RICE, Judge.
Affirmed.